UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANDELL HICKMAN,

                         Plaintiff,

           -against-

PAULA WILLIAMS; AELRIE LIUDMILA;
NDAYISHIMIYE ESPERANCE; SHAH
PARTHY; HAMMOND ERNA; PAGNY –
CORRECTIONAL HEALTH SERVICES,

                         Defendants.

24 CIVIL 4252 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 6, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    January 8, 2025
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge